1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

MAY 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11  JAMES KRIDER, M.D., an Individual,        Case No. CV07-07707-
                                              ODW(AJWx)
12              Plaintiff,
                                              Assigned for all purposes to
13       v.                                   Hon. Judge Otis D. Wright II

14  EQUIFAX INFORMATION                       [~~PROPOSED~~] ORDER
    SERVICES, LLC., a Corporation;            GRANTING STIPULATED
15  TRANSUNION, LLC, is a                      PROTECTIVE ORDER
    Corporation; EXPERIAN
16  INFORMATION SOLUTIONS, INC.,
    is a business entity, form unknown;
17  CAPITAL ONE, a business entity,
    form unknown; and DOES 1-10,
18  Inclusive,

19              Defendants.

20
21
22
23
24
25
26
27
28

LAI-2950287v1
Last Edited: 05/16/08

[Proposed] Order re Stipulated Protective Order
Case No. CV07-07707-ODW(AJWx)

1    After considering the Stipulated Protective executed by all parties and upon

2 good cause showing,

3    **IT IS HEREBY ORDERED THAT**:

4    The Stipulated Protective Order is Granted .

8 Dated:      May **19**, 2008      _____
                                    MAGISTRATE JUDGE WISTRICH

10 Submitted by:

12 /s/ *Angele Motlagh*
   Angele Motlagh,
13 JONES DAY

14 Attorneys for Defendant
   Experian Information Solutions, Inc.